**Electronically Filed
Supreme Court
SCPW-26-0000409
24-JUL-2026
07:51 AM
Dkt. 6 ODDP**

SCPW-26-0000409

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ZHAO KANG LI,
Petitioner,

vs.

THE HONORABLE TIMOTHY E. HO,
Judge of the District Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

HONOLULU FORD,
Respondent.

---

ORIGINAL PROCEEDING
(1DSC-26-0000036)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Soong, assigned by reason of vacancy)

On June 2, 2026, Petitioner Zhao Kang Li filed a petition for a writ of mandamus, alleging in pertinent part that he obtained a writ of execution on a judgment entered in his favor but has been unable to enforce it. Li contends that the sheriffs and police refused to assist in executing the writ.

We conclude that Petitioner failed to establish a clear and indisputable right to the relief requested, and a lack of other means to redress adequately the alleged wrong or obtain the requested action.  Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

A civil process server is authorized by law to serve and execute a writ of execution issued pursuant to HRS Chapter 651. See Hawaiʻi Revised Statutes (HRS) § 353C-11(a)(6) (Supp. 2021); HRS § 651-1(d) (Supp. 2022) (defining "police officer" as used in Chapter 651, "Attachment and Execution," to include "an independent civil process server on the list maintained by the department of law enforcement pursuant to section 353C-11."). The Department of Law Enforcement maintains a "Process Service List" on its website:  https://law.hawaii.gov/resources/private-process-servers/ [https://perma.cc/AKE8-3HGZ].

Petitioner also has alternative post-judgment remedies, including garnishment.  See HRS Chapter 652.

We note that Petitioner is self-represented.  In striking Petitioner's request, the district court directed Petitioner to seek legal advice.  Among the resources available to assist self-represented litigants, the district court may provide contact information for the District Court Access to Justice Rooms and Self-Help Centers, where Petitioner may schedule an appointment with a volunteer attorney to discuss his case.  The

2

contact information is posted on the Judiciary's website:

https://www.courts.state.hi.us/general_information/access_to_jus

tice_rooms_self_help_centers [https://perma.cc/RM2A-LM8S].  In

addition, for assistance completing forms, Petitioner may

contact the District Court Service Center at Kauikeaouli Hale,

1111 Alakea Street, Honolulu, HI 96813, Ph. 808-538-5629.

It is ordered:

1.   The petition is denied.

2.   The appellate clerk shall process the petition without

payment of the filing fee, and the filing fees collected in this

proceeding shall be refunded.

DATED:  Honolulu, Hawaiʻi, July 24, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Michael K. Soong

